UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-477 (RC) |
| : | |
| BRYAN ALAN SPARKS : | |
| AUTUMN GAIL LUNA : | |
| : | |
| **Defendant.** : | |

### UNITED STATES' MOTION TO DISMISS WITH PREJUDICE

Comes now the United States of America, by and through its attorney the United States Attorney for the District of Columbia and undersigned counsel, and respectfully moves the Court to Dismiss the Superseding Indictment. The bases for this motion are as follows:

1. On August 13, 2021, a federal grand jury sitting in the District of Columbia returned a four-count Superseding Indictment based on evidence that was obtained after a K9 sniff at Union Station. (Docket Entry 14).

2. On March 19, 2022, the Court issued a Memorandum Opinion granting the Defendants' Motions to Suppress Evidence in this case, finding that the luggage was seized in violation of the Fourth Amendment prior to the K9 sniff. (Docket Entry 48).

3. During a status conference on March 22, 2022, undersigned counsel reported to the Court that the United States was contemplating an appeal of the Court's Memorandum Opinion given the lack of caselaw directly on point to the issue presented in this case. Minute Entry, 3/22/22.

4. As the Court is aware, an appeal of the Memorandum Opinion would require approval from both the Appellate Section of the United States Attorney's Office for the District of Columbia and the United States Solicitor General's Office.

5. Having failed to obtain approval, the United States will not be appealing the Court's Memorandum Opinion.

WHEREFORE, the United States respectfully requests that the United States' Motion to Dismiss with Prejudice be GRANTED.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

By:    */s/   James B. Nelson*
        JAMES B. NELSON
        D.C. Bar No. 1613700
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6986
        james.nelson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading was filed electronically on the Court's CM/ECF program and served upon defense counsel on April 25, 2022.

By: /s/ *James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov