# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 21-477 (RC) |
| : | |
| BRYAN SPARKS, : | Re Document No.: 51 |
| : | |
| Defendant, : | |
| : | |
| AUTUMN GAIL LUNA, : | |
| : | |
| Defendant. : | |

## ORDER

### GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Upon consideration of the Government's Motion to Dismiss with Prejudice (ECF No. 51), it is hereby **ORDERED** that the Superseding Indictment as to Bryan Alan Sparks and Autumn Gail Luna is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: April 25, 2022

RUDOLPH CONTRERAS
United States District Judge